DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-406-RJC
(1:09-cr-57-RJC-1)

| | |
|---|---|
| BRYAN KEITH NOEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion for Leave to Supplement Motion for Reconsideration." (Doc. No. 35). The motion is denied as moot, as the Court has already denied Petitioner's previously filed Motion for Reconsideration. See (Doc. Nos. 34, 36).

**IT IS HEREBY ORDERED** that:

(1) Petitioner's "Motion for Leave to Supplement Motion for Reconsideration," (Doc. No. 35), **is DENIED** as moot.

Signed: August 15, 2018

Robert J. Conrad, Jr.
United States District Judge

1